AO 241 (Rev. 5/85)

PETITION UNDER 28 USC § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

FILED
JUN - 2 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

# United States District Court

District: _Delaware_

| Name: _Elwood Teagle_ | Prisoner No.: _00142725_ | Case No.: _91-03-0165-0173_ |
|---|---|---|

05-353

Place of Confinement: _Delaware Correctional Center_

| Name of Petitioner (include name under which convicted) | Name of Respondent (authorized person having custody of petitioner) |
|---|---|
| _Elwood Teagle_ | v. _Warden Robert Carrol_ |

The Attorney General of the State of: _Delaware_

## PETITION

1. Name and location of court which entered the judgment of conviction under attack _The Superior Court of Sussex County_

2. Date of judgment of conviction: _August, 12, 1981_

3. Length of sentence _224 years four life sentence's_

4. Nature of offense involved (all counts) _Two Counts of Rape 1st, one count of Attempted Rape, Three Counts of Burglery 1st, Three Counts of Possession of Deadly weapon during Commission of felony._

5. What was your plea? (Check one)
   (a) Not guilty ☑
   (b) Guilty ☐
   (c) Nolo contendere ☐
   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury ☑
   (b) Judge only ☐

7. Did you testify at the trial?
   Yes ☑ No ☐

8. Did you appeal from the judgment of conviction?
   Yes ☑ No ☐

(2)

AO 241 (Rev. 5/85)

9. If you did appeal, answer the following:

   (a) Name of court __Superior Court__

   (b) Result __denied__

   (c) Date of result and citation, if known __unknown__

   (d) Grounds raised __No evidence to support states claim, No physical evidence, Case was based on in court identification only.__

   (e) If you sought further review of the decision on appeal by a higher state court, please answer the following:

   (1) Name of court __Serperme Court of the state of Delaware__

   (2) Result __denied__

   (3) Date of result and citation, if known __unknown__

   (4) Grounds raised __No evidence, None from FBI or Hospital.- in Court identification, No evidence to support any rape conviction__

   (f) If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to each direct appeal:

   (1) Name of court __None__

   (2) Result __None__

   (3) Date of result and citation, if known __None__

   (4) Grounds raised __None__

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?
    Yes ☒ No ☐

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court __Superior Court__

    (2) Nature of proceeding __Motion for Postconviction Relief__

    (3) Grounds raised __Newly discovered evidence's, FBI Reports showed that there was No blood on defendents jacket and the report was Not__

(3)

AO 241 (Rev. 5/85)

at ~~my~~ trial, medical report show'd No rape evidence, semem, hair, blood. ect. FBI report wasn't allowed in defendents behalf, No DNA to support Claim of rape or assault.

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐   No ☑

(5) Result ___None___

(6) Date of result ___None___

(b) As to any second petition, application or motion give the same information:

(1) Name of court ___Serpreme Court___

(2) Nature of proceeding ___Motion for Postconviction Relief___ ~~[scribbled out]~~

(3) Grounds raised ___Newly discovered evidence, FBI Report Showed that there was No blood on ~~my~~ defendents jacket and the report was not at ~~my~~ defendents trial, medical report didn't support a "rape - Conviction, No DNA to support claim of rape or assault.___

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐   No ☑

(5) Result ___None___

(6) Date of result ___None___

(c) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?
(1) First petition, etc.    Yes ☑   No ☐
(2) Second petition, etc.   Yes ☑   No ☐

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_____
_____
_____

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting same.
CAUTION: In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

(4)

AO 241 (Rev. 5/85)

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted your state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.
(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: Defendent rights were violated when attorney himself waved the evidentiary hearing, knowing that defendent was egnorant to law.

Supporting FACTS (state *briefly* without citing cases or law) Defendent didnt know what an evidentiary hearing was, and was afraid because of the therats he had received about how much time he would get.

B. Ground two: Defendent was denied effective assistance of Counsel and a evidentiary hearing.

Supporting FACTS (state *briefly* without citing cases or law): Defendent and Attorney met, Attorney told defendent that there was no eveidence of rape, defendent ask attorney well what am I going to court for, attorney to defendent (qoat) I dont know, defendent wrote to Honorable Judge Tease and requested new Counsel, Honorable Tease denied the request and gave defendent what seemed to be a Student of law.

(5)

AO 241 (Rev. 5/85)

C. Ground three: Double jeopardy - Charge Stacking, Defendent was Charged with rape, because he didn't take a plea he was given 13 other charges

Supporting FACTS (state *briefly* without citing cases or law): Defendent was told by police that they were going to clear the books on him, after going to court defendent had thirteen added charges.

D. Ground four (F) The prosecution failure to produce FBI report at trial, medical report shows that there was no rape.

Supporting FACTS (state *briefly* without citing cases or law): Prosecution informed jury that defendent jacket & other clothes were sent to FBI lab because they saw what they felt was blood on it, Prosecution didn't have FBI reports at trial which were negitive and in defendents favor.

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: (A) Because I didn't know that I could raise these grounds in the lower court's.

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
Yes ☐ No ☑

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
(a) At preliminary hearing  Attorney waved it, told defendent that it was in his best intrest, and it wasn't.

(b) At arraignment and plea  None

AO 241 (Rev. 5/85)

(c) At trial _Karl Haller  William Wilgus_

(d) At sentencing _Karl Haller  William Wilgus_

(e) On appeal _Karl Haller  William Wilgus_

(f) In any post-conviction proceeding _Karl Haller William Wilgus_

(g) On appeal from any adverse ruling in a post-conviction proceeding _None_

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
Yes ☑  No ☐

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐  No ☑
    (a) If so, give name and location of court which imposed sentence to be served in the future: _None_

    (b) Give date and length of the above sentence: _None_

    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
    Yes ☑  No ☐

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_Pro-Se_
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

_4-3-05_
(date)

_Elwood Teagle_
Signature of Petitioner

(7)

AO 241 (Rev. 5/85)

PETITION UNDER 28 USC § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

(If petitioner is attacking a judgment which imposed a sentence to be served in the future, petitioner must fill in the name of the state where the judgment was entered. If petitioner has a sentence to be served in the future under a federal judgment which he wishes to attack, he should file a motion under 28 U.S.C. § 2255, in the federal court which entered the judgment.)

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

*Instructions—Read Carefully*

(1) This petition must be legibly handwritten or typewritten, and signed by the petitioner under penalty of perjury. Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury. All questions must be answered concisely in the proper space on the form.

(2) Additional pages are not permitted except with respect to the facts which you rely upon to support your grounds for relief. No citation of authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

(3) Upon receipt of a fee of $5 your petition will be filed if it is in proper order.

(4) If you do not have the necessary funds for transcripts, counsel, appeal, and other costs connected with a motion of this type, you may request permission to proceed *in forma pauperis*, in which event you must execute form AO 240 or any other form required by the court, setting forth information establishing your inability to pay the costs. If you wish to proceed *in forma pauperis*, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution. If your personal account exceeds $_____:O_____, you must pay the filing fee as required by the rules of the district court.

(5) Only judgments entered by one court may be challenged in a single motion. If you seek to challenge judgments entered by different courts either in the same state or in different states, you must file separate petitions as to each court.

(6) Your attention is directed to the fact that you must include all grounds for relief and all facts supporting such grounds for relief in the petition you file seeking relief from any judgment of conviction.

(7) When the petition is fully completed, the original and at least two copies must be mailed to the Clerk of the United States District Court whose address is

(8) Petitions which do not conform to these instructions will be returned with a notation as to the deficiency.

AO 241 (Rev. 5/85)




U.S.M.S. X-RAY



WILMINGTON DE 198
PM 12 MAY 2005

I/M Elwood Teagle
SBI# 00142725 UNIT 21-C-u-5
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

United States Court of Appeals
for the Third Circuit
21400 United States Courthouse
601 Market Street
Philadelphia, PA 19106-1790

19106-1790