05cv353
GMS

Dear Sir or Whom it may concern,

My name is Elwood Teagle, I'm writing this letter concerning that was filed on 6-8-05, Case name: Teagle v. Carrol et al, Case number: 1:05-CV-353, I'm not sure of what I have to do at this point, I've never received a notice before, would you please inform me on what I'm suppose to do at this point, I understand that the case is assigned to honorable judge Gregory M. Sleet, this is a new part to me, I'm thanking you in advance for your time and consideration, I don't want to foul up, therefore I need to know what to do.

Thanking you very much,

Respectfully your's
Elwood Teagle
SBI #00142725
Delaware Correctional Center
1181 Paddock Road
Smyrna, De. 19977

FILED
JUN 21 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I/M Elwood Temple
SBI# 00142725  UNIT 22-LL-3
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

J. R. McCallister, Clerk
United States District Court
844 King Street Lockbox 18
Wilmington De. 19801.

WILMINGTON DE 198
PM
20 JUN 2005

U.S.M.
X-RAY